IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

DARNELL K. REED,

    Plaintiff,

v.                                         Civil Action No. 3:23cv247

SGT. HALL, *et al.*,

    Defendants.

## MEMORANDUM OPINION

By Memorandum Order entered on May 31, 2023, the Court directed Plaintiff to pay an initial partial filing fee of $7.96 or state under penalty of perjury that he did not have sufficient assets to pay such a fee within thirty (30) days of the date of entry thereof. *See* 28 U.S.C. § 1915(b)(1). Plaintiff has neither paid the initial partial filing fee nor averred that he cannot pay such a fee. Therefore, Plaintiff is not entitled to proceed *in forma pauperis*. Plaintiff's disregard of the Court's directives warrants dismissal of the action. Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Final Order shall issue.

Date: 7/25/2023
Richmond, Virginia

/s/
M. Hannah Lauck
United States District Judge